UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.:    2:25-cv-04554-HDV-DMK          Date:    June 10, 2026
Title:    *Carlos Garcia v. Monica Gamino Soria, et. al.*


Present:          The Honorable  **DIANA M. KWOK, U.S. MAGISTRATE JUDGE**

| K. Lozada | N/A |
|---|---|
| Deputy Clerk | Court Recorder: N/A |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

N/A                    N/A

**Proceedings:**          (In Chambers) **ORDER TO SHOW CAUSE WHY PETITION
SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**


On May 19, 2025, Plaintiff Carlos Garcia, proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983 against Defendants Monica Gamino Soria, Deputy Orlarte, Noheli Valasquez, Erik Gonzalez, Jordan Sanchez, Omar Noe Varo, Xavier Santos, and Abderlrahman Ali. ECF 1. On October 15, 2025, the Court issued a Scheduling Order, which required each party to file a post-discovery case management report by March 30, 2026. ECF 33. Defendants have filed a post-discovery case management report, but Plaintiff has not. ECF 48. The Scheduling Order further required that any opposition to a motion for summary judgment be filed and served within twenty-one (21) days after service of the motion. ECF 33 at 4. Because Defendants served the motion for summary judgment on May 12, 2026, Plaintiff's deadline to oppose was June 2, 2026. ECF 50-3 at 3. As of the date of this Order, Plaintiff has not filed either an opposition or a request for an extension of time to file an opposition. Of note, Plaintiff has not taken any action in this matter since his March 2, 2026, request for appointment of counsel, which the Court denied on March 5, 2026. ECF 44–45.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **June 30, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff may discharge this Order to Show Cause by filing an opposition to the motion for summary judgment and a post-discovery case management report by no later than **June 30, 2026**. Any request for additional time shall not be granted absent a credible showing of good cause.


CV-90 (05/15)          **CIVIL MINUTES - GENERAL**          Page **1** of **2**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.:    2:25-cv-04554-HDV-DMK                    Date:    June 10, 2026

Title:       *Carlos Garcia v. Monica Gamino Soria, et. al.*


If Plaintiff files the requested papers by **June 30, 2026**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

**Plaintiff is advised that the failure to comply with and file a timely response to this Order may result in this action being involuntarily dismissed.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1. If Plaintiff wishes to voluntarily dismiss this action, he may do so by filing the attached notice of voluntary dismissal (CV-09).

**IT IS SO ORDERED.**


Initials of Preparer                    kl